Opinion issued January 19,
2012.








 



 

 

 

 









 








 

     

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00833-CV

____________

 

community bank of kentucky, inc. n/k/a your community bank, inc., Appellant

 

V.

 

first federal savings bank, a/k/a first federal savings bank of
elizabethtown, Appellee

 

 

 



On Appeal from the 80th District Court 

Harris County, Texas

Trial Court Cause No. 2009-35147A

 

 

 



MEMORANDUM
OPINION

          The parties
have filed a “Joint Motion to Set Aside Trial Court’s Judgment.” They represent
that they have reached an agreement to settle this matter and request that we set
aside the trial court’s “Order Granting First Federal Savings Bank’s Verified
Motion to Modify or Vacate In Part Writ of Attachment” and order denying motion
for entry of final judgment, without regard to the merits, and remand the case
to the trial court for rendition of judgment in accordance with the parties’
agreement.  See Tex. R. App. P. 42.1(a)(2)(B).


Accordingly, we grant the motion, set
aside the trial court’s August 26, 2011 orders without regard to the merits,
and remand this cause to the trial court for rendition of judgment in
accordance with the parties’ agreement.  See
id.  

We dismiss any other pending motions
as moot.  The Clerk is directed to issue the
mandate within 10 days of the date of this opinion.  See Tex.
R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of Justices
Higley, Bland, and Brown.